UNITED STATES DISTRICT COURT
Norther District of Illinois

| | |
|---|---|
| **Lejune Brown**, *et al.*, | No. 1:17-cv-1970 |
| v. | Hon. Gary Feinerman |
| **Comenity Bank** | |

**Notice of Voluntary Dismissal**

Plaintiff Lejune Brown, by and through her undersigned counsel, voluntarily dismisses this action in its entirety with prejudice as to her individual claims and without prejudice as to the claims of absent members of the putative class, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i).

Respectfully submitted,

*/s/ Mark Ankcorn*

Florida Bar No. 55334
Ankcorn Law Firm PLLC
1060 Woodcock Road, Suite 128
Orlando, Florida 32803
(321) 422-2333
mark@ankcornlaw.com

Attorneys for Plaintiff

**Certificate of Service**

  I hereby certify that on August 14, 2017, I electronically filed the above and foregoing document through the Court's CM/ECF System, which perfected service on all counsel of record.

                 */s/ Mark Ankcorn*